**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Fidel Mar Pompa Depaz, et al.

Plaintiffs,

v.

City of Minneapolis, et al.

Defendants.

Civil 01-2098 PAM

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 29, 2002

**SENIOR JUDGE PAUL A. MAGNUSON**
**United States District Court**

APR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK